948

No. 1027, Misc. CHAMBERLAIN v. MICHIGAN. Ct. App. Mich. Certiorari denied. *Sheldon M. Meizlish* for petitioner. *Frank J. Kelley,* Attorney General of Michigan, *Robert A. Derengoski,* Solicitor General, and *Stewart H. Freeman,* Assistant Attorney General, for respondent.

No. 1035, Misc. URBANO v. BOARD OF MANAGERS OF NEW JERSEY STATE PRISON. C. A. 3d Cir. Certiorari denied. *Arthur J. Sills,* Attorney General of New Jersey, and *Eugene T. Urbaniak,* Deputy Attorney General, for respondent.

No. 1061, Misc. COLEMAN v. KOLOSKI, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied. *Paul W. Brown,* Attorney General of Ohio, and *Leo J. Conway,* Assistant Attorney General, for respondent.

No. 1076, Misc. PEPITONE v. CALIFORNIA ET AL. Sup. Ct. Cal. Certiorari denied.

No. 1078, Misc. URBANO v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 1079, Misc. HENDRIX v. CITY OF SEATTLE ET AL. Sup. Ct. Wash. Certiorari denied. *Michael H. Rosen* for petitioner. *A. L. Newbould* for respondents.

No. 1094, Misc. CARTER ET AL. v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied. *Raymond A. Brown* for petitioner Carter.